UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: |
| | § | AU:18-CR-00410(1,2,4,9,11,12,16,17)-RP |
| (1) Michael Leon Bell | § | |
| (2) Gustavo Benitez-Barreuta | § | |
| (4) Enrique Cardona Jr. | § | |
| (9) Joshua Christopher Esquivel | § | |
| (11) Carlos Heriberto Hernandez-Jonguitud | § | |
| (12) Elias Antonio Hernandez | § | |
| (16) Maria Guadalupe Rivera-Garcia | § | |
| (17) Carlos Alberto Zamudio | § | |

**ORDER**

Before the Court is the Defendants' Unopposed Motion to Continue docket call and jury selection and trial. The defendants were set for docket call on March 29, 2019 and jury selection an trial on April 8, 2019, but counsel is requesting that the hearings be reset because additional time is needed to prepare. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the docket call is reset to June 14, 2019 at 9:00am and jury selection and trial in this case is reset to June 24, 2019 at 9:00am.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by allowing the Defendants the additional time in which to prepare for the hearing outweigh the best interest of the public and the Defendants in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would unreasonably deny the Defendants' counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). Thus, the Court ORDERS that the time from April 8, 2019 and until June 24, 2019, be excluded under the Speedy Trial Act.

SIGNED this 25th day of March, 2019.



_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE