UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:18-CR-00410(4,8,11,12,17)-RP |
| (4) Enrique Cardona Jr.<br>(8) Victor Hugo Espino-Olvera<br>(11) Carlos Heriberto Hernandez-Jonguitud<br>(12) Elias Antonio Hernandez<br>(17) Carlos Alberto Zamudio | § § § § § | |

**ORDER**

Before the Court is the defendants' Unopposed Motion to Continue docket call and jury selection and trial  (Clerk's Docs. No. 274, 265, 291, 273, 277).  The defendants were set for docket call on September 12, 2019  and jury selection an trial on  September 23, 2019, but counsel are requesting that the hearings be reset because additional time is needed to prepare. The Government does not oppose the continuance.  The Court finds good cause for this extension.  ACCORDINGLY, the docket call is reset to  November 7, 2019 at 9:00am and jury selection and trial in this case is reset to November 18, 2019  at 9:00am**.**

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by allowing the defendants the additional time in which to prepare for the hearing outweigh the best interest of the public and the Defendants in a speedy trial.  The Court's basis for said finding is that the failure to grant such a continuance in this case would unreasonably deny the Defendants' counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  Thus, the Court ORDERS that the time from September 23, 2019 and until November 18, 2019, be excluded under the Speedy Trial Act.

SIGNED this 12th day of September, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE